## BRUCEVILLE TELEPHONE COMPANY *v.* MILLER.

[No. 14,789. Filed March 26, 1935. Rehearing denied June 28, 1935. Transfer denied November 18, 1935.]

*Carl M. Gray*, for appellant.

*Shake & Kimmell*, for appellee.

WOOD, J.—With the exception of the name of the appellant, and the amount of the judgment appealed from, the record and the alleged errors in the instant case are identical with those involved and contained in the case of *The Oaktown Telephone Co.* v. *Miller*, *ante* 108, 194 N. E. 741, decided by this court on March 25, 1935.

Upon the authority of that case the judgment in the instant case is affirmed.

Bridwell, J., not participating.

Kime, J., dissents.

## FREELANDVILLE TELEPHONE COMPANY *v.* MILLER.

[No. 14,790. Filed March 27, 1935. Rehearing denied June 28, 1935. Transfer denied November 18, 1935.]

*Carl M. Gray*, for appellant.

*Shake & Kimmell*, for appellee.

WOOD, J.—With the exception of the name of the appellant, and the amount of the judgment appealed from, the record and the alleged errors in the instant case are identical with those involved and contained in the case of *The Oaktown Telephone Company* v. *Miller*, *ante* 108, 194 N. E. 741, decided by this court on March 25, 1935.

Upon the authority of that case the judgment in the instant case is affirmed.

Bridwell, J., not participating.

Kime, J., dissents.